**CHARITY R. HODSON (F0487)**
ATTORNEY AT LAW
Plata Drive, Whispering Palms (Chalan Kiya)
P.O. Box 502607 CK
Saipan, MP 96950
Telephone: (670) 234-1615
Facsimile: (670) 234-5749
charity@chodsonlaw.com

*Attorney for Plaintiff Jose C. Mafnas*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOSE C. MAFNAS,<br><br>           Plaintiff,<br><br>           vs.<br><br>WILLIAM M. CASTRO, in his personal capacity, and in his official capacity as the Chief of Staff of the Office of the Governor, DAVID DLG. ATALIG, in his personal capacity, and in his official capacity as the Secretary of Finance of the Department of Finance, and THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS,<br><br>           Defendants. | **Civil Action No. 22-00009**<br><br>**NOTICE OF MOTION AND MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Date:<br>Time:<br>Chief Judge Ramona V. Manglona |

Plaintiff Jose C. Mafnas, through Attorney Charity Hodson, hereby gives notice of this motion and moves that this Court:

1. Issue a temporary restraining order pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, preventing Defendants from removing Mr. Mafnas from his

1

position as Director of Customs and Biosecurity or to otherwise reinstate him until the Court has decided on Mr. Mafnas's motion for a preliminary injunction.

2. Issue a preliminary injunction under Rule 65(a) of the Federal Rules of Civil Procedure, preventing Defendants from removing Mr. Mafnas from his position as Director of Customs and Biosecurity or to otherwise reinstate him until the Court has decided this matter on the merits in order to preserve the status quo.

3. If the Court issues a temporary restraining order without notice, to schedule a hearing on Mr. Mafnas's motion for preliminary injunction in the above captioned matter at the earliest possible time pursuant to Rule 65(b)(3) of the Federal Rules of Civil Procedure.

Plaintiff is prepared, if necessary, to give a security for the issuance of the temporary restraining order and/or preliminary injunction applied for in the sum deemed proper to pay the costs and damages sustained by any party found to have been wrongfully enjoined or restrained by this Court per Rule 65(c), but asserts that any such costs are minimal and any required security should therefore be minimal. A Memorandum of Law in Support of the Motion for Temporary Restraining Order and Preliminary Injunction and the Affidavit of Jose C. Mafnas Law in Support of the Motion for Temporary Restraining Order and Preliminary Injunction and affidavit in support of this motion are filed herewith.

Respectfully submitted on this 27th day of July, 2022.

/s/ *Charity R. Hodson*  
Charity R. Hodson, F0487  
Attorney for Plaintiff