**CHARITY R. HODSON (F0487)**
ATTORNEY AT LAW
Plata Drive, Whispering Palms (Chalan Kiya)
P.O. Box 502607 CK
Saipan, MP 96950
Telephone: (670) 234-1615
Facsimile: (670) 234-5749
charity@chodsonlaw.com

*Attorney for Plaintiff Jose C. Mafnas*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **JOSE C. MAFNAS,** | **Civil Action No. 22-00009** |
| **Plaintiff,** | |
| **vs.** | **AFFIDAVIT OF JOSE C. MAFNAS IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |
| **WILLIAM M. CASTRO, in his personal capacity, and in his official capacity as the Chief of Staff of the Office of the Governor, DAVID DLG. ATALIG, in his personal capacity, and in his official capacity as the Secretary of Finance of the Department of Finance, and THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS,** | |
| **Defendants.** | |

I, Jose C. Mafnas, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.  I am the Plaintiff in the above-captioned matter.

2.  I have reviewed all of the factual allegations in the Verified Complaint and as set forth in the Motion for Temporary Restraining Order and Preliminary Injunction and

the Memorandum in Support of Motion for Temporary Restraining Order and Preliminary Injunction and verify to the best of my knowledge that they are true and correct, and I specifically affirm the statements therein regarding the irreparable injury that has occurred and will continue to occur without injunctive relief from the Court.

Executed on this 27th day of July, 2022, on Saipan, Commonwealth of the Northern Mariana Islands.

_____
Jose C. Mafnas
Plaintiff

SAIPAN,                                              ]
**COMMONWEALTH OF THE NORTHERN** ]
**MARIANA ISLANDS**                     ]          **ACKNOWLEDGMENT**

On this 27th day of July, 20 22, before me, the undersigned notary in and for the Commonwealth of the Northern Mariana Islands, personally appeared JOSE C. MAFNAS, known to me, or proved to me through government-issued documentation to be the person whose name is signed on the preceding document, and acknowledged to me that s/he signed it voluntarily for its stated purpose.

**IN WITNESS WHEREOF**, I hereby affix my hand and official seal.

_____
Notary Public

CHARITY HODSON
P.O. Box 502607, Saipan, MP 96950
**Notary Public** Reg. No. 825A
BY AND FOR THE COMMONWEALTH
OF THE NORTHERN MARIANA ISLANDS U.S.A.
My Commission Expires: 4/25/24

2