**CHARITY R. HODSON (F0487)**
ATTORNEY AT LAW
Plata Drive, Whispering Palms (Chalan Kiya)
P.O. Box 502607 CK
Saipan, MP 96950
Telephone: (670) 234-1615
Facsimile: (670) 234-5749
charity@chodsonlaw.com

*Attorney for Plaintiff Jose C. Mafnas*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **JOSE C. MAFNAS,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**WILLIAM M. CASTRO, in his personal capacity, and in his official capacity as the Chief of Staff of the Office of the Governor, DAVID DLG. ATALIG, in his personal capacity, and in his official capacity as the Secretary of Finance of the Department of Finance, and THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS,**<br><br>    **Defendants.** | **Civil Action No. 22-00009**<br><br>**CERTIFICATION OF PLAINTIFF'S ATTORNEY REGARDING NOTICE UNDER RULE 65(b)** |

The undersigned attorney certifies that service she will takes steps to provide for the prompt effectuation of service upon all Defendants with regard to the documents filed in this matter as soon as the Summons are issued. Declarations of Service will be filed as soon as practicable. Due to the lack of irreparable injury to the Defendants and for the reasons set forth in the Memorandum in Support of Temporary Restraining Order and for Preliminary Injunction,

1

a Temporary Restraining Order should be issued pending a hearing on the Preliminary Injunction to preserve the status quo.

Respectfully submitted this 27th day of July, 2022.

/s/ *Charity R. Hodson*
By: Charity R. Hodson (F0487)
Attorney for Plaintiff