F I L E D
Clerk
District Court

AUG 02 2022

for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **JOSE C. MAFNAS,** | **Civil Case No. 1:22-cv-00009** |
| **Plaintiff,** | |
| vs. | **TEMPORARY RESTRAINING ORDER** |
| **WILLIAM M. CASTRO, in his personal capacity, and in his official capacity as the Chief of Staff of the Office of the Governor, DAVID DLG. ATALIG, in his personal capacity, and in his official capacity as the Secretary of Finance of the Department of Finance, and THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS,** | Date and Time Issued: **August 2, 2022 at 8:30 a.m.**<br><br>Expiration Date and Time: **August 16, 2022 at 8:30 a.m.** |
| **Defendants.** | |

    **GOOD CAUSE APPEARING**, the Court hereby **GRANTS** Plaintiff Jose C. Mafnas's Motion for Temporary Restraining Order (ECF No. 2) pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, finding as follows:

1. A temporary restraining order is necessary to preserve the status quo because the facts as alleged in the Verified Complaint (ECF No. 1) and based on the arguments and law presented in the Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 2) and the Memorandum of Law in Support of Motion for Temporary

Restraining Order and Preliminary Injunction (ECF No. 2-1) demonstrate ongoing irreparable injury in the form of the loss of Plaintiff's property interest in his continued employment as a civil service employee, without any due process, and the chilling of his constitutional right to freedom of speech and to freely associate, which damage is ongoing and will continue to occur while a hearing on the Plaintiff's Motion for Preliminary Injunction is pending.

2. These damages are difficult to calculate, and the potential extent of the severity of the damage to rights protected by the U.S. and CNMI Constitutions necessitate immediate action without further notice, particularly because here the constitutional violations constitute irreparable harm.

The Court therefore ORDERS that:

1. Defendant Secretary of Finance David DlG. Atalig is hereby restrained from effecting his July 21, 2022 Memorandum purporting to reassign Plaintiff to a position within the CNMI Department of Commerce.

2. Defendant Secretary of Finance David DlG. Atalig is ordered to maintain the status quo as it was before the pending controversy, with Plaintiff employed as the Director of Customs and Biosecurity under the Department of Finance until such time that the Court has held a hearing on and decided on the Motion for Preliminary Injunction pursuant to Rule 65(a) of the Federal Rules of Civil Procedure.

3. The hearing on Plaintiff's Motion for Preliminary Injunction is hereby set for on **August 15, 2022 at 1:30 p.m**. Defendants are ordered to show cause at this hearing

before **the Honorable Ramona V. Manglona, District Judge of this Court, in the Third Floor Courtroom at 1671 Gualo Rai Road, Saipan, MP 96950 on August 15, 2022 at 1:30 p.m**. why a preliminary injunction, pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, should not issue herein.

4. Defendants' responses, if any, shall be filed with this Court and served upon Plaintiff's counsel **on or before August 8, 2022 at 5:00 p.m**. Plaintiff shall file his reply, if any, no later than **August 11, 2022 at noon**.

5. This Order shall expire on **August 16, 2022 at 8:30 a.m.**

6. Plaintiff shall post Security in the amount of $500 no later than August 3, 2022 at 12:00 p.m.

DEFENDANTS ARE HEREBY NOTIFIED THAT ANY ACTION BY THEM IN VIOLATION OF THE TEMPORARY RESTRAINING ORDER MAY BE CONSIDERED AND PROSECUTED AS CONTEMPT OF THIS COURT.

DEFENDANTS ARE HEREBY FURTHER NOTIFIED THAT FAILURE TO ATTEND THE PRELIMINARY INJUNCTION HEARING SCHEDULED HEREIN SHALL RESULT IN THE IMMEDIATE ISSUANCE OF THE PRELIMINARY INJUNCTION, WHICH SHALL BE DEEMED TO TAKE EFFECT IMMEDIATELY UPON THE EXPIRATION OR DISSOLUTION OF THE TEMPORARY RESTRAINING ORDER HEREIN AND SHALL EXTEND DURING THE PENDENCY OF THIS ACTION.

DEFENDANTS ARE HEREBY FURTHER NOTIFIED THAT THEY SHALL BE DEEMED TO HAVE ACTUAL NOTICE OF THE ISSUANCE AND TERMS OF SUCH

PRELIMINARY INJUNCTION AND THAT ANY ACT BY THEM IN VIOLATION OF ANY OF ITS TERMS MAY BE CONSIDERED AND PROSECUTED AS CONTEMPT OF COURT.

**Plaintiff is ordered to serve a copy of this temporary restraining order to Defendants no later than August 2, 2022 at 4:30 p.m. This temporary restraining order is issued this 2nd day of August, 2022 at 8:30 a.m., and shall expire on August 16, 2022 at 8:30 a.m., unless extended by this Court.**

**SO ORDERED** on this 2nd of August, 2022.

/s/ Ramona V. Manglona
RAMONA V. MANGLONA
Chief Judge